IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAMON REYES CANO,                                           CV. 07-1379-MO

        Petitioner,                                      ORDER

   v.

CIRCUIT COURT OF THE STATE
OREGON FOR THE COUNTY OF
MULTNOMAH,

        Respondent.

MOSMAN, District Judge.

    Petitioner moves to proceed *in forma pauperis* on appeal. The Application (#15) is DENIED for the reasons set forth in Order (#4) dated September 21, 2007.

    Also before the court is petitioner's Motion for Temporary Restraining Order (#13) which was filed on the same day as his Notice of Appeal (#14) to the Ninth Circuit. "The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case

1 - ORDER

involved in the appeal."   *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam).  Accordingly, the Motion for Temporary Restraining Order (#13) is DENIED.

IT IS SO ORDERED.

DATED this  11th   day of February, 2008.

       /s/Michael W. Mosman
       Michael W. Mosman
       United States District Judge

2 - ORDER